David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| KIRSTEN ANDERSON, | Bankruptcy No. 08-27350 (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | GE Money Bank / American Eagle<br>c/o Recovery Management Systems<br>Attn: Ramesh Singh<br>25 S.E. 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | $2.78 |

A check in the amount of $2.78 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: March 15, 2011

DAVID L. MILLER
Chapter 7 Trustee